IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL NO. 19-431 (PAD) |
| JULIA BEATRICE KELEHER, et al., | |
| Defendants. | |

### ORDER

As a cautionary measure to protect the defendants' Sixth Amendment right to a trial before a fair and impartial jury of their peers, the following individuals are hereby enjoined from divulging, talking to, or discussing with, the press, media and public, including without limitation, through social networks, any information other than that entered without restriction on the Docket or disclosed in open court, relating to the facts of the captioned case:

1. The defendants and their staff and employees, as well as their agents with access to case-related information or facts.

2. Defense attorneys and their staff, employees, agents, any other person in their offices with access to case-related information or facts, and defense witnesses.[1]

3. Prosecutors and their staff, employees, agents, and any other person in their office with access to case-related information or facts, and government witnesses.

4. Federal Law Enforcement officers and their staff, employees, agents, and any other person in their office with access to case-related information or facts.

5. Office of the Comptroller of Puerto Rico: officials and staff, employees and agents with access to case-related information or facts.

---

[1] The term "defense attorney" includes record attorneys and attorneys with attorney-client obligations toward defendant(s).

United States v. Julia Beatrice Keleher, et al.
Case No. 3:19-431 (PAD)
Order
Page 2

6. Office of Government Ethics of Puerto Rico: officials and staff, employees and agents with access to case-related information or facts.

7. Office of the Inspector General of Puerto Rico: officials and staff, employees and agents with access to case related information of facts.

8. U.S. District Court personnel, and/or agents of the Court, having access to the Case Management Electronic Case Filing (CM/ECF) system, or sealed information.

The parties may seek relief under seal for good cause shown. The Order should not be interpreted to preclude government or defense investigative efforts, and is not intended to prevent the press and media to report, opine, and inform about the case. Nor will it operate to automatically close proceedings or block access to public portions of the record.

This Order will be in full force from the point in time it is entered on the Docket until the conclusion of trial. Violations of the Order will be met with sanctions, including but not limited to contempt of a clear Court Order.

The Clerk of the Court shall notify this Order to the U.S. Attorney's Office, which will notify the Order to the Federal Bureau of Investigation, the Office of the Comptroller of Puerto Rico, the Office of Government Ethics of Puerto Rico and the Office of the Inspector General of Puerto Rico, and shall instruct its own officers, staff, employees and agents accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of July, 2019.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge