AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-431 (PAD) |
| Keleher et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 08/06/2019

*/S/ Alexander L. Alum*
*Attorney's signature*

Alexander L. Alum USDC G01915
*Printed name and bar number*

United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
*Address*

alexander.l.alum@usdoj.gov
*E-mail address*

(787) 766-5656
*Telephone number*

(787) 771-4050
*FAX number*