IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIA BEATRICE KELEHER, et al.,<br>Defendants. | CRIMINAL NO. 19-431 (PAD) |

## MOTION REQUESTING UNSEALING OF SUPERSEDING INDICTMENT

On this date, federal agents arrested Anibal Jover-Pages pursuant to an arrest warrant issued upon the return of the superseding indictment in this case. As there is no longer any defendant pending to be arrested, the United States respectfully requests that the Court permit the clerk's office to file an unredacted version of the superseding indictment.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of August, 2020.

W. STEPHEN MULDROW
United States Attorney

*/s/ Alexander L. Alum*
Alexander L. Alum– G01915
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Alexander L. Alum*
Alexander L. Alum
Assistant United States Attorney

1